UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00351-F-007

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| JAMIE LEE HUNT | |

The Court having considered Defendant Jamie Lee Hunt's motion requesting leave to file his sentencing materials under seal, and good cause having been shown, it is this 31st day of December, 2013 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Defendant's sentencing letter and its exhibits under seal. [DE-363]

JAMES C. FOX
Senior United States District Judge